UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONETTA DAGGETT,

       Plaintiff,                       Case No. 2:14-cv-13368
                                              District Judge Bernard A. Friedman
v.                                           Magistrate Judge Anthony P. Patti

PATRICK DONAHOE,

       Defendant.
_____/

**ORDER ADJOURNING THE FINAL PRETRIAL CONFERENCE**

     This matter came before me for a status conference on August 11, 2015. Pursuant to a stipulated order I signed on August 5, 2015, the discovery deadline has been extended from August 7, 2015 to October 7, 2015 and the dispositive motion deadline has likewise been extended from October 7, 2015 to December 7, 2015. (DE 31.)

     Accordingly, the final pretrial conference will be adjourned from January 7, 2016 to **MARCH 8, 2016 AT 10:00 A.M.**, at which time (or soon thereafter) a trial date will be set. In addition, if the parties do not consent to my jurisdiction pursuant to 28 U.S.C. § 636 (c), I will facilitate a settlement conference as part of the final pretrial conference. If the parties choose to consent to my service as trial

judge in this matter, at the time of the final pretrial conference, I will set a date and time for settlement conference with an alternate facilitator.

The parties are required to follow all of my practice guidelines throughout this process, and I direct them in particular to the guidelines titled "Special Requirements for Dispositive Motions," "Settlement Conferences," and "Trials," which can be accessed at the Eastern District of Michigan website: https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=51.


Dated: August 12, 2015                s/Anthony P. Patti
                                      ANTHONY P. PATTI
                                      UNITED STATES MAGISTRATE JUDGE


I hereby certify that on August 12, 2015, a copy of this document was sent to parties of record electronically and/or by U.S. Mail.

                                      s/ Michael Williams
                                      Case Manager for the
                                      Honorable Anthony P. Patti